UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VIOLET COLEMAN-EDWARDS,

                 Plaintiff,

-against-

GARY V. SIMPSON, CONCORD BAPTIST
CHURCH OF CHRIST, BOARD OF DIRECTORS
OF THE CONCORD BAPTIST CHURCH OF
CHRIST, and THE UNITED STATES
DEPARTMENT OF EDUCATION,

                 Defendants.
-----------------------------------------------------------------X

JUDGMENT
03-CV-3779 (DLI)



A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 25, 2008, granting defendants' motion for summary judgment; denying plaintiff's motion for summary judgment; and dismissing plaintiff's claims under FLSA, COBRA, and ERISA with prejudice; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted; that plaintiff's motion for summary judgment is denied; and that plaintiff's claims under FLSA, COBRA, and ERISA are dismissed with prejudice.

Dated: Brooklyn, New York
       April 15, 2008

S/RCH

ROBERT C. HEINEMANN
Clerk of Court